```
1   DAVID A. ELDEN
    Attorney at Law
2   10920 Wilshire Boulevard
    Suite 1400
3   Los Angeles, California  90024

4   (213) 208-3200

5   Attorney for Defendant
    EUGENE SLUSKER
6
7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>EUGENE SLUSKER, et al.,<br><br>　　　　　Defendants. | CASE NO. CR 91-903(A)-WJR<br><br>EX PARTE APPLICATION FOR ORDER SHORTENING TIME; DECLARATION OF DAVID A. ELDEN; ORDER |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

COMES NOW Defendant EUGENE SLUSKER, and hereby seeks an Order Shortening Time, permitting Defendant to file NOTICE OF MOTION AND MOTION FOR MODIFICATION OF CONDITIONS OF PROBATION; DECLARATION OF DAVID A. ELDEN IN SUPPORT THEREOF, and to come on for hearing on May 3, 1993, at the hour of _____ __.m., or as soon thereafter as counsel may be heard.

/ / /

/ / /

/ / /

/ / /

SLUSKER\EXPARTE.SE
04-29-93\11:22am

1  This Application is based upon the records and files in this
2  case, upon the contemporaneously filed NOTICE OF MOTION AND MOTION FOR
3  MODIFICATION OF CONDITIONS OF PROBATION; DECLARATION OF DAVID A. ELDEN
4  IN SUPPORT THEREOF referred to above.
5  DATED: April 29, 1993

```
                                     Respectfully submitted,

                                     DAVID A. ELDEN,
                                     A Professional Corporation,


                                     By: _____
                                         DAVID A. ELDEN
                                         Attorney for Defendant
                                         EUGENE SLUSKER
```

SLUSKER\EXPARTE.SE
04-29-93\11:22am

## DECLARATION OF DAVID A. ELDEN

I, DAVID A. ELDEN, declare and say:

1. Declarant is an attorney at law admitted to practice before this Court and am the attorney for the Defendant EUGENE SLUSKER herein.

2. This Application is being filed contemporaneously with Defendant's NOTICE OF MOTION AND MOTION FOR MODIFICATION OF CONDITIONS OF PROBATION; DECLARATION OF DAVID A. ELDEN IN SUPPORT THEREOF AND ORDER.

3. On or about April 28, 1993, Declarant spoke with Assistant United States Attorney Nathan Hochman (213) 894-2413, who had no objection to this Ex Parte Application for an Order Shortening Time being granted.

4. This Ex Parte Application is necessary because the Defendant, in his NOTICE OF MOTION AND MOTION FOR MODIFICATION OF CONDITIONS OF PROBATION; DECLARATION OF DAVID A. ELDEN IN SUPPORT THEREOF, is requesting to leave the United States on May 10, 1993, for business purposes and there is insufficient time to give the proper Notice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of April, 1993, at Los Angeles, California.

DAVID A. ELDEN

SLUSKER\EXPARTE.SE
04-29-93\11:22am

3

PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss:
COUNTY OF LOS ANGELES  )

I, BONNIE GAVRIEL, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age and not a party to the within action; my business address is 10920 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90024.

On December 4, 1991, I caused the foregoing document described as:

EX PARTE APPLICATION FOR ORDER SHORTENING TIME; DECLARATION OF DAVID A. ELDEN

to be served upon the interested parties by:

Personal Service:

Nathan Hochman
Assistant United States Attorney
312 North Spring Street, 12th Floor
Los Angeles, CA  90012

Mail

James Bouchard
United States Department of Probation
312 North Spring Street
Los Angeles, California  90012

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of April, 1993, at Los Angeles, California.

_____
BONNIE GAVRIEL